## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIE SMITH, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 07-476-GPM |
| ) | |
| RSIG SECURITY, INC., ) | |
| ) | |
| Defendant(s). ) | |

# JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for the parties that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed February 5, 2008, each party to bear their own costs.

Dated: April 11, 2008

NORBERT G. JAWORKSI, Clerk of Court

By: s/ Linda M. McGovern
Deputy Clerk

Approved by:

s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**UNITED STATES DISTRICT JUDGE**